IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL A. GLOVER,                    *

        Plaintiff,                    *

vs.                                   *
                                          CASE NO. 4:21-CV-130-CDL-MSH
Warden REAGAN BLACK, *et al.*,        *

        Defendants.                   *

_____

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 13, 2022 recommending dismissal of this action for failure to exhaust administrative remedies is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

The Court notes that Plaintiff asked the Court to appoint counsel on his behalf. While counsel may be appointed in a civil action if "exceptional circumstances" warrant appointment, the Court concludes that the totality of the circumstances does not justify appointment here. *DeJesus v. Lewis*, 14 F.4th 1182, 1204 (11th Cir. 2021) (quoting *Smith v. Fla. Dep't of Corr.*, 713 F.3d 1059, 1065 (11th Cir. 2013) (per curiam)).  Because the Court

adopts the Report and Recommendation dismissing the action, Plaintiff's other pending motions are denied as moot.

IT IS SO ORDERED, this 8th day of June, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA