IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL A. GLOVER, | * |
| Plaintiff, | * |
| v. | Case No. 4:21-CV-130-CDL-MSH |
| | * |
| Warden, REAGAN BLACK, *et al.,* | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 8, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of June, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk